# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Appellant,
vs.
THE STATE OF NEVADA; NEVADA
BOARD OF PAROLE
COMMISSIONERS; AND NEVADA
DEPARTMENT OF CORRECTIONS,
Respondents.

No. 76663

FILED

MAY 15 2019

ELIZA... ...M
CLERK OF S... ... COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying appellant's May 24, 2018, petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

Appellant challenged his 2008 parole hearing and claimed that the Parole Board lacked jurisdiction. We conclude that the district court did not err in denying the petition. Appellant's jurisdictional argument is patently without merit as the Parole Board has jurisdiction to consider eligible inmates for parole. NRS 213.1099(1). The State has informed this court that appellant was granted parole from his aggregated sentences on January 30, 2019. Because appellant has already received parole consideration on his aggregate sentences, any claims relating to his first parole hearing in 2008 are moot. *See Williams v. Nev., Dep't of Corr.*, 133

---

[1]This appeal has been submitted for decision based on the briefs and the record. *See* NRAP 34(f)(3).

19-21393

Nev., Adv. Op. 75, 402 P.3d 1260, 1265 n.7 (2017); *Niergarth v. Warden*, 105 Nev. 26, 29, 768 P.2d 882, 883-84 (1989). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, C.J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:     Hon. Joanna Kishner, District Judge
       Percy Lavae Bacon
       Attorney General/Las Vegas
       Clark County District Attorney
       Eighth District Court Clerk